UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL  ACTION #

_____

T. K. with and through her parents
G.K and V.K

V.

Town of Barnstable, Barnstable Public Schools,
Patrick Clark, Principal of the Barnstable
High School, personally and in his
Official Capacity

_____

MOTION TO PROCEED ANONYMOUSLY

Now comes the Plaintiffs, in the above entitled matter, who do move this Honorable Court, to proceed anonymously in their complaint filed against the named defendants.  The Petitioners are well known to all parties to this action and were all participants in various meetings and interactions.  All parties were part of the BSEA  #  1703962

In support of this Motion to Proceed Anonymously is an Argument in Support of this motion.  This motion and request serves in the best interest of justice and does not prejudice any party to this action.

        Respectfully submitted,
        The Plaintiffs
        By their attorney,
        /s/ Michael W. Turner Esq.

        _____

        Michael Turner, Esq
        BBO #: 565820
        242 Wareham Road
        P.O. Box 910
        Marion, MA 02578
        Tel: (508) 748-2362
        Fax: (508) 748-6836
        Email  mturner@meganet.net