UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| T.K., with and through her parents, G.K. and V.K., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TOWN OF BARNSTABLE, BARNSTABLE ) <br> PUBLIC SCHOOLS, PATRICK CLARKE and ) <br> MEG MAYO-BROWN, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 17-cv-11781-DJC |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6), Defendants Town of Barnstable ("Town"), Barnstable Public Schools ("BPS"), Patrick Clark (Principal, Barnstable High School) and Meg Mayo-Brown (Superintendent, Barnstable Public Schools) hereby move to dismiss each of Complaint's nine Counts.[1/] Alleging little more than legal conclusions and unsupported assertions, along with claims that are simply not legally cognizable, Plaintiffs fail to state facts that would support any viable claim for relief.

More specifically, **Count I** (Title IX violation against the Town and BPS) should be dismissed because Plaintiffs have not alleged facts showing that the Town/BPS was on actual notice of sexual harassment to which it was deliberately indifferent.

**Counts II, III and X** (negligence against all Defendants) should be dismissed because the Massachusetts Tort Claims Act, M.G.L. c. 258 et seq. ("MTCA"), makes Principal Clark and Superintendent Mayo-Brown personally immune from negligence claims and because Plaintiffs

---

[1/]The Complaint skips Count VII, making Counts VIII, IX and X the seventh, eighth and ninth counts, respectively.

fail to allege, as they must under the MTCA, that the Town/BPS was the "original cause" of the harm to Plaintiff.

**Count VIII** (intentional infliction of emotional distress against all Defendants) should be dismissed because the MTCA holds the Town/BPS immune from intentional torts and because Plaintiffs fail to allege sufficiently extreme and outrageous conduct to state a viable claim against Principal Clark and Superintendent Mayo-Brown.

**Count IX** (negligent infliction of emotional distress against all Defendants) should be dismissed because the MTCA makes Principal Clark and Superintendent Mayo-Brown immune from negligence claims and because Plaintiffs, having failed to allege the Town/BPS was the "original cause" of the harm, have stated no cognizable negligence claim.

**Count VI** (§ 1983 against all Defendants for violation of Plaintiff's Fourteenth Amendment right to equal protection) should be dismissed because Plaintiffs allege no facts showing that Plaintiff was treated less favorably than similarly situated male students based on her sex or that any such differential treatment was due to an official Town/BPS custom or policy.

Finally, **Counts IV and V** (alleging disability discrimination against all Defendants) should be dismissed because, given their claim that disability discrimination denied Plaintiff a free appropriate public education, Plaintiffs have failed to exhaust their administrative remedies as required under the Individuals with Disabilities in Education Act, 20 U.S.C. §§ 1400-91, and because, in any event, Plaintiffs fail to allege, as required, any disability-based animus.

In furtherance of these arguments, Defendants rely on their Memorandum of Law in Support of Motion to Dismiss, filed herewith.

WHEREFORE, Defendants respectfully request that this Honorable Court dismiss Plaintiffs' Complaint in its entirety.

        Respectfully submitted,

        TOWN OF BARNSTABLE, BARNSTABLE PUBLIC SCHOOLS, PATRICK CLARKE and MEG MAYO-BROWN,

        By their attorneys,

        /s/John M. Simon
        John M. Simon (BBO #645557)
        Stoneman, Chandler & Miller LLP
        99 High Street
        Boston, MA 02110
        (617) 542-6789

Dated:  February 6, 2018


### Certification Pursuant to Local Rule 7.1(A)(2)

      I hereby certify that, pursuant to Local Rule 7.1(A)(2), Defendants' counsel conferred by email and telephone with Plaintiffs' counsel, Michael W. Turner, on February 5, 2018, regarding the subject matter of this motion in a reasonable and good faith attempt to resolve and/or narrow the issues addressed herein.

        /s/John M. Simon
        John M. Simon


### Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on February 6, 2018.

        /s/John M. Simon
        John M. Simon