**Michael W. Turner**
Attorney At Law
Po Box 910
242 Wareham Rd.
Marion, Ma., 02738
508-748-2362
Fax 508748-6836

11/21/2016

Reece Erlichman, Director
Bureau of Special Education Appeals
One Congress Street
Boston, Ma. 02110

Re:   T██████-K██████ and the Barnstable Public Schools
      Request for an Expedited Hearing Pursuant to BSEA Rule II (C) (1)(b)

Dear Director Erlichman:

     Now comes G████ and V████ K████ of ████████████, Barnstable, Ma., phone number, ████████ who request an expedited hearing on behalf of their daughter T████. The basis for this expedited hearing is based on Barnstable's failure to follow the mandated recommendations for a therapeutic residential placement and instead have offered only a day placement at Pilgrim Academy and send T████ home at 2:30 with no after school supports or services. The basis for the need for a therapeutic residential placement are:

1.     During the 2014-2105 school year, T████ was in the 8th grade which was in the Barnstable High school rather than part of the standard Middle School concept. On or about November 1, 2014, T████ was raped by a 10th grade male student with a known history of violence and assault. The rape occurred in the Barnstable High School.

2.     Barnstable offered limited to no support after the rape was discovered.

3. The perpetrator, Falvio Desantos, due to his extensive probation violations, is currently in a DYS locked facility until the age of 18.

4. Due to the trauma T~~~~~ suffered and the total lack of services, she started to use drugs and alcohol and run from home.

5. Barnstable did place T~~~~~ at Pilgrim Academy which is a day program with no services after 2:30.

6. Due to the ongoing trauma, T~~~~~ did poorly at Pilgrim Academy and continued to run and use drugs.

7. The parents went to juvenile court, in Barnstable, and filed a CRAWL previously called a CHINS seeking help and due to the severity of T~~~~~'s issues, Barnstable Juvenile Court placed her at GRACE House, a 90 day drug treatment center.

8. T~~~~~ completed the 90 day residential drug treatment program, at Grace House, and Grace House provided a written recommendation along with Tatiana's personal therapist that she have a residential therapeutic program due to her multi-level issues but Barnstable refused and did no evaluation themselves.

9. Given Barnstable's refusal to provide the required 24 hour services and that T~~~~~ will be dumped, at her parent's home, hours before the parents can be home from work, Barnstable knowingly endangering T~~~~~ as she will be left alone for some 5 hours daily and Barnstable has done nothing to treat her severe trauma.

10. The injury suffered on or about November 2014 did case severe emotional trauma. Barnstable was fully and completely aware of the incident which they did completely ignore outright. Documents received, by the District, clearly demonstrate that due to the rape, T~~~~~ suffered from a severe emotional trauma. Even though the school knew of these issues, from the outset, they provided absolutely no supports or tutoring, for months, or any type of support for this young lady. Since that date, she has struggled due to the effects of her rape and severe emotional injury which was caused by Barnstable's gross neglect of T~~~~~.

11. The District failed in their mandated duty, under MGL c. 71B, to assess the effects of this injury on T█████ academic, social, and emotional functioning as it was clear from T█████'s lack of ability to attend school and function and that the injury was affecting her ability to function in the regular school setting. The District failed to put in place any services to deal with the clear effects of T█████'s injury even when requested by her treating psychologist and parents. The District for the balance of 2014 school year ignored her needs to T█████'s detriment. The District clearly displayed ongoing deliberate indifference, animus, gross misjudgment, and lack of concern for T█████'s well-being. A school district, in Massachusetts, owes the student under their care an absolute duty to provide all children an education so they have the ability to reach their full potential but clearly Barnstable ignored that duty as to T█████ and her detriment.

12. It is clear that the District's actions and non-actions have caused not only the initial injury to T█████ but almost every day of every week since then the District's failure have injured T█████ and denied her access to FAPE pursuant to the IDEA, MGL c. 71B, MGL c. 69s1, ABA, 29 USC 794, 603 CMR 49, MGLc. 71 s 370. The District's staff, by their failures, continually put T█████ in danger and jeopardy. This is compounded by the Districts failure to properly notify the Barnstable Police Department of the numerous violations of the criminal code by the aggressor who raped T█████. These actions and non-actions clearly violated the Town of Barnstable own "Bullying Plan" which did endanger T█████.

13. The primary perpetrator of the rape and harassment of T█████ is well known to the Barnstable School District and has an extensive juvenile record. Barnstable's actions and non-actions to permit Falvio Desantos to attend the Barnstable High School clearly endangered T█████ and other students. The rape and harassment by Falvio Desantos also involved the sale of drugs in the high school.

14. The neglect of T█████ by the District staff has caused her to suffer severe emotional distress as well as physical distress. The damages which T█████ has suffered are the direct and proximate result of actions and inactions of the Town of Barnstable, Barnstable Public Schools, High School Assistant Principal and Principal, by their failure to supervise or negligent supervision of school staff and students and for their knowing acceptance and allowing the ongoing harassment,

bullying, assaulting, and beating and rape of T~~~~, their knowingly institution of a grossly negligent and ineffective education for T~~~~, and the arbitrary, capricious removal of programs and services to which T~~~~ was entitled to her detriment.

15. The parents of T~~~~, as a result of the mistreatment of their daughter, lack of proper services and protections for their daughter, and their ongoing struggle with the District and staff to put even the basic protections and services in place has caused them to suffer emotional and financial distress costing them thousands of dollars, in medical and educational services, which were required for T~~~~. Further, these acts of discrimination are a clear violation of the rights of individuals with disabilities under the Massachusetts Law and Federal law.

It is clear that Barnstable's refusal for proper and mandated services is knowingly affecting the health and safety of T~~~~ and the pathetic and insufficient services T~~~~ is receiving or proposed by Barnstable are more than sufficiently inadequate to cause harm to T~~~~. Barnstable has been repeatedly told of their grossly inadequate program but has refused to acknowledge any issues and refuses to provide any 24 hour support to this rape victim whose rape and injuries was due to Barnstable's gross neglect.

Therefore, the request for an expedited hearing is reasonable and falls under the rules of the BSEA II ( C)(1)(b) (i) and (ii). The request for the expedited hearing serves the best interest of justice and the significant needs of T~~~~.

Respectfully submitted,

*[signature]*

Michael W. Turner
Attorney at Law

cc:   Jane Jazard, Ed.D
      Via Fax 508-790-6454