

T█████-K█████ and the Barnstable Public Schools
Interim Settlement Agreement - April 3, 2017

Whereas: T█████ K█████ is a student residing in Barnstable who has been found eligible for special education; and

Whereas: Barnstable is responsible for provision of special education and related services to T█████ so long as she remains a resident of Barnstable; and

Whereas: Barnstable prepared an IEP for T█████ placing her at the Pilgrim Collaborative, a public separate day school for the 2016-2017 school year, and parents accepted said IEP on July 1, 2016; and

Whereas: Said placement is T█████'s "stayput" placement pursuant to 603 CMR 28.08(7); and

Whereas: On or about October 10, 2016 Barnstable proposed an extended evaluation for T█████ pursuant to 603 CMR 28.04(b) and parents accepted that proposal; and

Whereas: T█████ attended the Dr. Franklin Perkins School (Perkins), for purposes of said extended evaluation; and

Whereas: A TEAM meeting was held at Perkins on March 30, 2017 to review the results of said extended evaluation; and

Whereas: The parents wish to have T█████ remain at Perkins until the end of the 2016-2017 school year rather than have her return to her stayput placement; and

Whereas: The parties wish to resolve T█████'s placement for the remainder of the 2016-2017 regular school year without resort to litigation;

Now, Therefore: The parties agree as follows:

1. Without admitting that T█████'s placement at Pilgrim does not provide her with a Free Appropriate Public Education in the least restrictive environment, for the limited purpose of providing continuity for T█████'s education for the remaining months of the 2016-2017 school year, Barnstable agrees to fund T█████'s attendance as a residential student at Perkins from the present date until June 30, 2017.

2. Parents waive any claims against Barnstable for special education and related services, including but not limited to compensatory services through June 30, 2017.

3. The parties agree to work together to identify a day placement for T█████ for the 2017-2018 school year. To that end, the parents agree to immediately complete paperwork required for application to Cape Cod Technical School. Parents also consent for Barnstable to send packets to potential day placements with the understanding that such consent does not indicate their agreement that such programs are appropriate for T█████.

4. Barnstable agrees to convene a team meeting by June 1, 2017, and parents agree to attend said meeting, in order to prepare an IEP for the 2017-2018 school year. The parties agree that recommendations from the extended evaluation at Perkins will be formally considered and potentially incorporated in the proposed IEP at such time.

_____    April 18, 2017
~~G___ K___~~, father of ~~T___ K___~~    Date

_____    April. 18, 2017
~~___ K___~~, mother of Tatiana Kelloyan    Date

_____    April 24, 2017
Jane Jezard, Ed.D.    Date
Jane Jezard, for the Barnstable Public Schools