# 𝔐𝔦𝔠𝔥𝔞𝔢𝔩 𝔚. 𝔗𝔲𝔯𝔫𝔢𝔯

Attorney At Law
Po Box 910
242 Wareham Rd.
Marion, Ma., 02738
508-748-2362
Fax 508748-6836

12/7/2016

Raymond Oliver, JD
BSEA
One Congress Street, 11th Floor
Boston, Ma. 02144

Re:     T~~▓▓▓▓~~ K~~▓▓▓▓~~ v. Barnstable Public Schools
        BSEA # 1703962

                    Response to Motion to Dismiss

Now comes the K~~▓▓▓▓~~s, who with their daughter, T~~▓▓▓▓~~ respectfully request the Honorable Hearing Officer deny Barnstable's Motion to Dismiss. The basis for this request is:

1.      The request by Barnstable cites various documents and exhibits or documents cited were not provided to counsel in any form when counsel received the Barnstable's Response and Request for A Motion to Dismiss on 12/▓/2016. This failure on its own invalidates the Motion to Dismiss.

2.      When filing a hearing before the BSEA it is necessary for a parent to provide the BSEA with the facts and issues related to the child in question. In this case, before the BSEA, are issues of a raped 8th grade girl, who suffered severe trauma yet Barnstable did not put in place the level of necessary services to treat the trauma which clearly falls under 603 CMR 28.2 (17) and emotional issues. The rape was the cause of the trauma and the rapist forced T~~▓▓▓▓~~ into drugs. The rapist was well known to the District as a criminal yet he was kept in the high

school. He is now in DYS until 18. When the rape was discovered Barnstable ignored the level of services necessary. The parents were forced to go into Juvenile Court so T█████ could be placed in a drug treatment program as placed ██████ in the Grace House at the state's expense where she completed her 3 month program. The state does not have a stepdown program so Grace House and the treating doctor recommended a residential step down program as she requires ongoing emotional services. Barnstable refused to consider this recommendation. The parents were told she needed a comprehensive program. Barnstable did initially refuse to consider anything. The parents work in Boston and are not home until 7pm Tuesday-Friday and Saturdays leaving T█████ without help and in danger of reoccurrence emotional issues.

3. The claim that Barnstable was not aware of what was happening is clearly wrong:

a. The parents were called into the high school by Housemaster Melissa Collins, who informed them what happened and also attended various meetings regarding Tatiana.

b. Detective Reed Hall the in house police detective was involved with T█████ interview.

c. T█████ was taken to a specialized program for her interview but due to the rape's trauma. She could not open up fully, but clearly the trauma was the direct and proximate cause of her emotional issues, drug issues and alcohol problem which the rapist did induce and encourage.

d. The issues with the rapist, Mr. Falvio Desantos, were well known to the school.

e. The parents talked to school staff regularly and kept them informed on a regular basis as to what was happening, their concern and plans including Ms. Kari Hoffman. This contact was by both email and phone calls.

f. Any claims that Barnstable did not know what the parents were doing or involved in is clear error. T█████ was kept in the high school for the balance of

We're sorry, but your incoming fax may be incomplete. Please call the sender to verify your fax or to request a re-send.

Your fax may be incomplete because one or more of the following has occurred:

1. Fax transmission was interrupted.

2. "End fax" signal not received.

3. Unable to convert to desired file format.

We apologize for any inconvenience.

You will not be charged for this additional page.