UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 17-cv-11781-DJC

T. K. with and through her parents
G.K and V.K
Plaintiffs

V.

Town of Barnstable, Barnstable
Public Schools, Patrick Clark, and
Meg Mayo- Brown
Defendants

Plaintiff's Motion to for Leave to File Amended Complaint

**Introduction**

Pursuant to Federal Rules of Civil Procedure 15 (B), Plaintiffs, TK, GK, and VK, by and through their undersigned attorney, respectfully seek leave of this Court for Plaintiffs to file their First Amended Complaint.

**Background**

On or about November 21, 2016, Plaintiffs filed a request for hearing before the Bureau of Special Education Appeals (BSEA) under the Individuals with Disabilities Education Act, 20 USC 1400 et.seq. (IDEA) and Section 504 of the Rehabilitation Act.  Plaintiffs were offered full settlement by Barnstable as to all issues which the BSEA has jurisdiction over, given the clear responsibility of Barnstable to provide a therapeutic residential placement to treat the severe emotional effects of TK's rape and trauma suffered by TK.  The Plaintiffs did accept placement and pursuant to the settlement agreement signed by the Barnstable Special Education Director and parents of T.K. as to issues which the BSEA has specific jurisdiction and per the settlement agreement did withdraw the BSEA hearing request as to the issues over which the BSEA has limited jurisdiction and authority as all BSEA issues were resolved effective April 24, 2017.

1

Plaintiffs did file their Federal complaint on September 19, 2017.  The 1st Amended Complaint which Plaintiffs seek to file, does correct errors within the complaint and clarify the facts stated in the Complaint and the nine counts.

**Argument**

**1.      Legal Standard**

Federal Rule of Civil Procedure 15 (a) (2) dictates that a "plaintiff  may amend its pleadings only with the opposing party's written consent or the court's leave.  The court should freely give leave "when justice so requires."  "if the underlying facts or circumstances relied upon by a plaintiffs may be a proper subject of relief and ought to be afforded an opportunity to test his claim on the merits." Foman v. Davis., 371 U.S. 178, 182 (1962) . The leave sought should be freely given as no prior amendment has been submitted and there is no undue prejudice to the opposing party by virtue of the amendment…undue delay, bad faith or dilatory motive on the part of the movant."  Id" Torres-Alamo v. Puerto Rico, 502 F.3d 20, 25 (1st. Cir. 2007)  (reversing the denial of a Motion to Amend a Complaint because the motion was timely filed)  Clearly, this is a Motion to Amend the Plaintiff's Complaint for the first time and is not a repeated or unreasonable request.

II.  There is no basis for a denial of this Motion

Plaintiff's Motion for Leave to Amend the Complaint is timely filed, does not prejudice the defendants and is made in good faith.  First, this Motion is timely filed and Plaintiffs have not delayed in correcting any deficiencies.  The original complaint was filed with this Court on September 17, 2017.   Furthermore, defendants have not filed their answer to plaintiff's complaint but only filed Motions to Dismiss and the parties have yet to meet for

a Case Management Conference.  Second, the Defendants will not be unduly prejudiced by the granting of this Motion since the parties have yet to exchange discovery.  This motion seeks to clarify facts and expand the facts in support of Plaintiff's complaint. All other changes made to the complaint are done for clarification purposes, and to fix typographical errors and they do not substantially alter the allegations made in the Complaint nor charge the defendants with any further causes of action.   Lastly, Plaintiffs make this motion in good faith and in furtherance of having their claims decided on the merits.  See <u>Foman</u>, 371 U.S. at 182 (noting that the purpose of pleading is to facilitate a proper decision on the merits)

### Conclusion

For the foregoing reasons, Plaintiffs respectfully request that this court grant their Motion for Leave to Amend the Complaint.  The Amended Complaint will be filed within two business days of the honorable court's granting of plaintiffs Motion.

Respectfully submitted,
The Plaintiffs
By their attorney,
/s/ Michael W. Turner Esq.

_____
Michael Turner, Esq
BBO #: 565820
242 Wareham Road
P.O. Box 910
Marion, MA 02578
Tel: (508) 748-2362
Fax: (508) 748-6836
 Email  mturner@meganet.net

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on May 8, 2018

/s/ Michael W. Turner
Michael W. Turner