UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL  ACTION #

_____
T. K. with and through her parents
G.K and V.K, Plaintiffs

V.
Town of Barnstable, Barnstable Public Schools,
Patrick Clark, Principal of the Barnstable
 High School, personally and in his
Official Capacity, Superintendent
Meg Mayo-Brown, personally and
in her official capacity, Defendants

_____


Response to Defendants' Opposition to Plaintiffs'
Motion for Leave to File an Amended Complaint

Now comes the Plaintiffs', in the above entitled action, and do respond to Defendants' Opposition to Plaintiffs' Motion to file an Amended Complaint.  In support of the Plaintiffs' position they do include an email discussion from Clerk Lisa M. Hourihan and the Amended Complaint per the request of Attorney Simon. In furtherance of the Plaintiffs' filing, they do state:

1.     Defendants have not filed an answer to Plaintiffs' Complaint point by point as of this date.

2.     Plaintiffs granted  Defendants' Request for a two month extension to file a response to Plaintiffs' Complaint, answering the facts and positions of the Plaintiffs, and Defendants have yet to do so specifically.

3.     Plaintiffs did not attach an Amended Complaint to their Motion based on the instructions of Honorable Clerk, Lisa Hourihan to Attorney Turner's inquiry as to should the First Amended Complaint be submitted with the Motions to allow. See Exhibit #1

4.     As noted on page two of Defendant's Response to Plaintiff's Motion to Amend foot note #2, the attorneys did discuss the Amended Complaint submission and the basis for the submission.

5.      Given the position of the Defendants and their argument that the Amended Complaint should have been submitted as to the Plaintiffs' Amended Complaint and the request for the filing of same, the Amended Complaint is attached hereto as Exhibit 2

6.      Plaintiffs' Attorney does certify, per rule 7.1 (a) (2) that he and Attorney Simon conferred and discussed the Plaintiffs' goals to file an Amended Complaint prior to the filing of Plaintiffs' Motion to Amend.

Therefore, the Plaintiffs' respectfully request that this Honorable Court grant their first Amended Complaint.

Respectfully Submitted,

Plaintiffs, T.K. and G.K., and V.K.

By Their Attorney

s/s  Michael W. Turner
Michael W. Turner BBO #565820
242 Wareham Road
P.O.  Box 910
Marion Ma.02738
508-748-2362
Fax 508-748-8636

DATED:  5/21/2018

**Certificate of Service**

I hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on May 21, 2018

/s/ Michael W. Turner
Michael W. Turner