May 21 18, 12:07p  Bayside & TURNER LAW  508-748-6836  p.1
5/21/2018  Case 1:17-cv-11781-DJC  Document 26-1  Filed 05/21/18  Page 1 of 1
Re: TK vs Barnstable # 17-cv-11781-DJC

From: Lisa_Hourihan@mad.uscourts.gov
Subject: Re: TK vs Barnstable # 17-cv-11781-DJC
Date: Fri, May 11, 2018 3:38 pm
To: mturner@meganet.net

No. Once the motion is allowed if it is allowed, it will prompt you to file the amended complaint on ECF.

Lisa M. Hourihan
Courtroom Clerk to
The Honorable Denise J. Casper
617-748-9177

From: mturner@meganet.net
To: Lisa_Hourihan@mad.uscourts.gov
Date: 05/11/2018 03:32 PM
Subject: Re: TK vs Barnstable # 17-cv-11781-DJC

Good Day Clerk Lisa M. Hourihan,

    Can I send it to you the revised complaint via email to hold for the balance of the 14 days? I can send it to you as a pdf as " First Amended complaint"

    Thank you for getting back to me as I was not sure what to do.

    Thank You    Michael Turner


not until the motion is allowed. I have to hold it for the 14 day
> opposition period
>
> Lisa M. Hourihan
> Courtroom Clerk to
> The Honorable Denise J. Casper
> 617-748-9177
>
>
>
> From: mturner@meganet.net
> To: lisa_hourihan@mad.uscourts.gov
> Date: 05/11/2018 02:40 PM
> Subject: TK vs Barnstable # 17-cv-11781-DJC
>
>
>
> Good Day,
>
>    As you may be aware I filed a motion to amend the complaint for the
> first time. It is already to go. May I file the amended
> complaint?
>
>    Michael Turner attorney for TK et al
>
>
>
>