UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**T.K., ET AL**

V.                                                    CIVIL ACTION NO. **17-11781-DJC**

**BARNSTABLE PUBLIC SCHOOLS, ET AL**

### Scheduling Order

Casper, J.

    This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

    Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

    1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **November 30, 2018** .

    2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **January 30, 2019** .

    3. **Fact Discovery**.

        a.    **Final Deadline**. All discovery, other than expert discovery, must be completed by **June 17, 2019** .

    4. **Status Conference**. A status conference will be held on **June 17, 2019** at **2:45PM** in Courtroom 11, 5th Floor.

5. **Summary Judgment Motions**.

    a. Motions for summary judgment must be filed by **July 30, 2019** .

    b. Opposition to summary judgment motions must be filed by **August 30, 2019.**

    c. All summary judgment filings shall conform to the requirements of Local Rule 56.1.

Date:  **October 29, 2018**　　　　　　　　　　/s/ Denise J. Casper
　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge